Scott Ferrell SBN 213405
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
Tel: (949) 659-6746
Email: scott@scottferrell.com
Attorney for Plaintiff,
KIMBERLY LANKFORD STEWART

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| KIMBERLY LANKFORD STEWART<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 8:26-cv-00882-KES<br><br>~~[PROPOSED]~~ ORDER OF JOINT STIPULATION DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY ORDERED that the Complaint as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC., is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: August 25, 2026

Karen E. Scott
United States District Judge
Honorable Karen E. Scott